PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 2:21-cv-00019-Z-BR     Document 3     Filed 02/03/21     Page 1 of 12     PageID 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 3 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Carl W. Wiley
**PETITIONER**
(Full name of Petitioner)

vs.

Bobby Lampkin
~~Lorie Davis~~ ← C.W.
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

William Clements
**CURRENT PLACE OF CONFINEMENT**

Federal-10
TOCJ-ID 2156916
**PRISONER ID NUMBER**

2-21CV-019-Z
**CASE NUMBER**
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. __  __  pretrial detention;
2. __  __  a conviction;
3. X  X  a sentence;
4. __  __  jail or prison conditions;
5. __  __  a prison disciplinary proceeding;
6. __  __  parole or mandatory supervision;
7. __  __  time credits;
8. __  __  other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)   No   If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. Writ of Habea Corpus 28 U.S.C. 2254 date 7-20-2020 Dismissed; the appropriate vehicle Writ of habeas corpus pursuant to 28 U.S.C. 2241 see; Pack v. Yusuff 218 F. 3d 448, 451 (5th Cir 2000).

11.07 state writ of habeas corpus dismissed non-compliant June of 2018; the second was denied without written order on finding of the trial court September 2018 and the third was denied without order on finding of the court march 2019,

2

1. Place of detention: William Clements 9601 Spur 591, Amarillo Texas 79107

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: Federal cause No. DR-14-CR-0922-1LRL State's 385th District Court; Cause Number CR43897 and CR43898

3. Name and location of court in which your case is pending or in which you were convicted: U.S. District Court Western District of TX Del Rio Division 385th District Court; Midland County, Texas

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: Federal charge; Attempt to kill Federal, carry a firearm. State's Murder and Aggravated assault with a deadly weapon

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: Federal charge 6-6-2016 State's charge 10-17-2017

6. Check whether a finding of guilty was made:

    a. after a plea of guilty        _ _
    b. after a plea of not guilty    X X  "Federal jury trial"
    c. after a plea of nolo contendere _ X "State"

7. If you were found guilty, check whether that finding was made by:

    a. a jury                        X X
    b. a judge without a jury        _ _

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    (Yes)    No    Federal  yes
                   State    no

3

9.    If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number: Federal appeal on part of the case sentence, due process violate on filing appeal on conviction Appeal case number 16-51089

   (2) Result and date of result: Affirmed December 28, 2017

   (3) Grounds raised (list each):

   (a) Defense Counsel's Failure to Admonish as to Sentencing

   (b) Defense Counsel's Failure to Admonish as to punishment

   (c) Wiley's Constitutional Right To Counsel

   (d) _____

   b. (1) Name of court and docket or case number: State's 28 U.S.C. 2254 No: 19-CV-00158-DC

   (2) Result and date of result: July 20th 2020

   (3) Grounds raised (list each):

   (a) Petitioner Federal Sentence should be ran consecutive, The State conviction has interrupt the Federal sentence.

   (b) Petitioner received ineffective assistance of counsel because his attorney did not advise him of evidence before he pled guilty and his attorney threatened him with consecutive life.

   (c) Petitioner plea was involuntary because his attorney coerced him to plead guilty and failed to advise him of exculpatory evidence, and

4

(d) Petitioner was denied his due process right because the State habeas court did not hold an evidentiary hearing and give him the opportunity to cross-examine his trial counsel.

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

   a. GROUND ONE: State's conviction voilate, the Federal sentence 18 U.S.C.A § 3568 and the charge of the petitioner 18 U.S.C.A § 924 (i)(i) on no term of imprisonment imposed on a person under this subsection shall run concurrently with any other term of imprisonment imposed on the person.

   Supporting facts: Petitioner indicted, July 2, 2014 indictment count One Vio 18 U.S.C § 1114 (3) Attempt to Kill an Officer of the United State Counts Two - Vio 18 U.S.C. § 924 (c): Use of Firearm During Commission of a crime of Violence; Count Three Vio: 18 U.S.C § 111 (a)(1) & (b) - Assaulting Resisting or Impeding Certain Officers.Felony; Count Four - Vio; 18 U.S.C. § 924(c): Use of Firearm During Commission of a crime of violence in Indictment AR-14-CR-0322 convicted on all four counts February 18, 2016. Federal Constitutional no term of imprisonment imposed on a person under this subsection shall run concurrently with any other term of imprisonment imposed on the person for the crime of violence. That the petitioner was convicted for a crime of violence the State

   b. GROUND TWO: _____
   _____
   _____

   Supporting facts: _____
   _____
   _____

_____

_____

_____

c. **GROUND THREE**: _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

d. **GROUND FOUR:** _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

States' conviction and can [n]ot run concurrently with the Federal sentence sentence the United States Bureau of Prison can[n]ot comulative the Federal sentence with the States sentence, Petitioner will argue that the Federal Criminal Codes and Rule Title 18 U.S.C.A § 3568 Effective date of sentence; credit for time in custody prior to the imposition of sentence of imprisonment of any person convicted of an offense shall commence to run from the date on which such person is received at the penitentiary, reformatory, or "jail for service of such sentence".

No sentence shall prescribe any other method of computing the term.

11. Relief sought in this petition: As to be released back to the United States Bureau of Prisons for completion of the Federal sentence as; Title 18 U.S.C. A § 3568 Effective date of sentence, credit for time in custody prior to the imposition of sentence.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    (Yes)    No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: U.S. District Court Western District of Texas Midland/Odessa Division; No: MO: 19-CV-00158-DC

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

    b. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention. My argument is that my State conviction voilate, Federal and Texas Constitutional I was arrest in Del Rio Texas, charge with Federal voilete in criminal charge's with indictment July 2, 2014 see: Brewer v. Williams 430 U.S. 387, 97 S. Ct 1237 (1977) (a right, arrest satisfies the custody requirement of course, arrest date June 30, 2014; I was convicted on Federal Indictment first February 18, 2016 and sentence to Federal prison First June 6, 2016.

_____

_____

15. Are you presently represented by counsel?     Yes     (No)
    If so, name, address and telephone number of attorney: _____

_____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?     Yes     (No)

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _February 1, 2021_ (month, day, year).

Executed (signed) on _February 1, 2021_ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

Williams Clement's
9601 Spur 591
Amarillo Texas
79107

9

February 1, 2021
Date

Clerk U.S. District Courts
Northern District of Texas
205 E 5th Ave Unit 13240
Amarillo Texas 75101



RE: Writ of Habeas Corpus 28. U.S.C. 2241

Dear Clerk

Please find in enclosed a application Writ of Habeas Corpus 28 U.S.C. § 2241 for filing please be advise that the $5.00 file fee will be mail separate from my mom Sarah Wiley.

Sincerely

CMM Wayne Wiley 2156546
Williams Clements
9601 Spur 591
Amarillo Texas 79007



Carl W. Wiley 2156616
Williams Clements
9601 Spur 591
Amarillo Texas 75107

United States District Courts
Northern District of Texas
205 E 5th Ave Unit 13260
Amarillo Texas 79101

RECEIVED
FEB -3 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS